UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES POLLARD, LESLIE HILL, CONSUELLA RUSSELL AND PATRICIA DANTZLER ON BEHALF OF OTIS DANTZLER | CIVIL ACTION NO. 2:10-04484 |
| | SECTION "C"(1) |
| VERSUS | JUDGE BERRIGAN |
| CHURCHILL DOWNS LOUISIANA HORSERACING COMPANY, LLC AND CHURCHILL DOWNS INCORPORATED | MAGISTRATE JUDGE SHUSHAN |

## ORDER

After consideration of Plaintiffs' *Ex Parte* Unopposed Motion to Dismiss, and, Plaintiffs' unopposed position related to this Court's June 4, 2012, Order that Plaintiffs file a signed pre-trial order, or, show cause why this matter should not be dismissed for failure to prosecute;

After reviewing the record and finding no pre-trial order having been submitted; no good cause presented for failing to file such; and, Plaintiffs' Motion to Dismiss;

IT IS ORDERED that Plaintiffs James Pollard, Leslie Hill, Consuella Russell and Patricia Dantzler on behalf of Otis Dantzler's Complaint be dismissed with prejudice against each and every named Defendant, each party to bear their own costs and attorney's fees.

New Orleans, Louisiana, this 27th day of June, 2012.

_____
United States District Court Judge

The Rule to Show Cause is SATISFIED.